# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| JANINE C. SULLIVAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Civil Action No.: 04-00033-BH-B |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated June 6, 2005 is **ADOPTED** as the opinion of this Court. Plaintiff shall receive a reasonable attorney's fee in the amount of $875.00.

**DONE** this 14th day of July, 2005.

s/ W. B. Hand
SENIOR DISTRICT JUDGE