## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

JANINE C. SULLIVAN,            )
                               )
      Plaintiff,            )
                               )
vs.                            )            Civil Action No.: 04-00033-BH-B
                               )
JO ANNE B. BARNHART,           )
Commissioner of Social Security,   )
                               )
      Defendant.            )

### JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** be entered in favor of

Plaintiff Janine C. Sullivan and against Defendant Jo Anne B. Barnhart.

**DONE** this 14th day of July, 2005.


                                             s/ W. B. Hand
                                  SENIOR DISTRICT JUDGE